# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## C.A. No.: 5:21-CV-130

FRANCINA BATES,

Plaintiff,

vs.

WELLS FARGO & COMPANY SHORT
TERM DISABILITY PLAN,

      Defendant.

## NOTICE OF SETTLEMENT

    Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled. As soon as the closing papers have been properly executed, the parties will forward them over to the court.

                              s/ M. Leila Louzri
                              M. Leila Louzri, Esq.
                              Federal Bar #: 12007
                              **FOSTER LAW FIRM, LLC**
                              PO Box 2123
                              Greenville, SC 29602
                              (864) 242-6200
                              (864) 233-0290 (facsimile)
                              E-mail: llouzri@fosterfoster.com

Date: August 5, 2021                Attorneys for Plaintiff